NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**NETAIRUS TECHNOLOGIES, LLC,**
**a California limited liability company,**
*Plaintiff-Appellant,*

v.

**APPLE INC.,**
**a California corporation,**
*Defendant-Appellee.*

---

2014-1404

---

Appeal from the United States District Court for the Central District of California in No. 2:10-CV-03257, Judge John A. Kronstadt.

---

**JUDGMENT**

---

RAYMOND P. NIRO, Niro, Haller & Niro, of Chicago, Illinois, argued for plaintiff-appellant. With him on the brief were DEAN D. NIRO and ROBERT A. CONLEY.

MARK S. DAVIES, Orrick, Herrington & Sutcliffe LLP, of Washington, DC, argued for defendant-appellee. With him on the brief were T. VANN PEARCE, JR. and KATHERINE M. KOPP. Of counsel on the brief were MARK

C. SCARSI, CHRISTOPHER J. GASPAR and ASHLEE N. LINN, Milbank Tweed Hadley & McCloy LLP, of Los Angeles, California.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 11, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court